UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FREUND,

               Plaintiff,                        **ORDER**

    - against -                         7:24-CV-04430 (NSR)

LIBERTY MUTUAL FIRE INSURANCE CO.,

               Defendant.

-------------------------------------------------------------X

Román, D.J.:

      The Court having been informed the parties have an agreement in principle to amicably resolve this litigation, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the agreement not be consummated within thirty (30) days of the date hereof.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court. The Clerk of Court is kindly directed to terminate the motion at ECF No. 16.

SO ORDERED.

Dated:    January 28, 2025
            White Plains, New York

_____
Nelson S. Román, U.S.D.J.